**STATEMENT**
Date: 09/06/2021

**Capitol Spine & Rehabilitation, Inc.**
5333 Florida Boulevard
Baton Rouge, LA 70806

(225) 926-1900

Carrier: Decuir Clark & Adams Llp
732 North Boulevard
Baton Rouge, LA 70802

**Willie F Delancey**
1756 Blount Road
Baton Rouge, LA 70807

ID Number:
Policy No:
Claim No:
Provider: Gerald Bell, BSc., BA, DC
Tax ID: 33-1193876

Patient: DELANCEY, WILLIE F    Case Type: PI    Account No: 12793-1

| | | |
|---|---|---|
| DX1 | G44.309 | POST-TRAUMATIC HEADACHE, UNSPECIFIED, NOT INTRACTABLE |
| DX2 | M53.0 | CERVICOCRANIAL SYNDROME |
| DX3 | M50.30 | CERVICAL DISC DEGENERATION, UNSPECIFIED CERVICAL REGION |
| DX4 | M51.36 | OTHER INTERVERTEBRAL DISC DEGENERATION, LUMBAR REGION |
| DX5 | M51.37 | OTHER INTERVERTEBRAL DISC DEGENERATION, LUMBOSACRAL REGION |
| DX6 | M47.892 | OTHER SPONDYLOSIS, CERVICAL REGION |
| DX7 | M25.60 | STIFFNESS OF UNSPECIFIED JOINT, NOT ELSEWHERE CLASSIFIED |
| DX8 | G47.9 | SLEEP DISORDER, UNSPECIFIED |
| DX9 | V89.2XXD | PERSON INJURED IN UNSP MOTOR-VEHICLE ACCIDENT, TRAFFIC, SUBS |

| DATE | INVOICE | TR | DESCRIPTION | CPT | UNITS | CHARGE |
|---|---|---|---|---|---|---|
| 04/22/2021 | 87357 | 1 | OFFICE OUTPT NEW 30 MIN | 99203-GA-25 | 1 | 125.00 |
| 04/22/2021 | 87357 | 4 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 04/22/2021 | 87357 | 5 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 04/22/2021 | 87357 | 6 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 04/22/2021 | 87357 | 7 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 04/22/2021 | 87357 | 8 | HEAT AND/OR COLD WRAP | A9273 | 1 | 35.00 |
| 04/22/2021 | 92615 | 2 | CERVICAL X-RAY 4 VIEWS | 72050 | 1 | 300.00 |
| 04/22/2021 | 92615 | 3 | 2 VIEW LUMBAR SERIES | 72100 | 1 | 200.00 |
| 04/27/2021 | 87533 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 04/27/2021 | 87533 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 04/27/2021 | 87533 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 04/27/2021 | 87533 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 04/27/2021 | 87533 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 04/29/2021 | 87625 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 04/29/2021 | 87625 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 04/29/2021 | 87625 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 04/29/2021 | 87625 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 04/29/2021 | 87625 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 05/04/2021 | 87795 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 05/04/2021 | 87795 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 05/04/2021 | 87795 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 05/04/2021 | 87795 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 05/04/2021 | 87795 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 05/06/2021 | 92615 | 4 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 05/06/2021 | 92615 | 5 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 05/06/2021 | 92615 | 6 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 05/06/2021 | 92615 | 7 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 05/06/2021 | 92615 | 8 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 05/11/2021 | 88090 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |

EXHIBIT A

|  |  | | **STATEMENT** |
|---|---|---|---|
| **Capitol Spine & Rehabilitation, Inc.** | | | Date: 09/06/2021 |
| 5333 Florida Boulevard | | | |
| Baton Rouge, LA 70806 | | | |
| | | **Carrier:** | Decuir Clark & Adams Llp |
| (225) 926-1900 | | | 732 North Boulevard |
| | | | Baton Rouge, LA 70802 |
| | | | |
| **Willie F Delancey** | | **ID Number:** | |
| 1756 Blount Road | | **Policy No:** | |
| Baton Rouge , LA 70807 | | **Claim No:** | |
| | | **Provider:** | Gerald Bell, BSc., BA, DC |
| | | **Tax ID:** | 33-1193876 |

Patient: DELANCEY, WILLIE F        Case Type: PI        Account No: 12793-1

| DATE | INVOICE | TR | DESCRIPTION | CPT | UNITS | CHARGE |
|---|---|---|---|---|---|---|
| 05/11/2021 | 88090 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 05/11/2021 | 88090 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 05/11/2021 | 88090 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 05/11/2021 | 88090 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 05/13/2021 | 88188 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 05/13/2021 | 88188 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 05/13/2021 | 88188 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 05/13/2021 | 88188 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 05/13/2021 | 88188 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 05/18/2021 | 88355 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 05/18/2021 | 88355 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 05/18/2021 | 88355 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 05/18/2021 | 88355 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 05/18/2021 | 88355 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 05/20/2021 | 88443 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 05/20/2021 | 88443 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 05/20/2021 | 88443 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 05/20/2021 | 88443 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 05/20/2021 | 88443 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 05/25/2021 | 88602 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 05/25/2021 | 88602 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 05/25/2021 | 88602 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 05/25/2021 | 88602 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 05/25/2021 | 88602 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 06/03/2021 | 88957 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 06/03/2021 | 88957 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 06/03/2021 | 88957 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 06/03/2021 | 88957 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 06/03/2021 | 88957 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 06/03/2021 | 89125 | 6 | OFFICE OUTPT EST 15 MIN | 99213-GA-25 | 1 | 100.00 |
| 06/08/2021 | 89125 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 06/08/2021 | 89125 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 06/08/2021 | 89125 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 06/08/2021 | 89125 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 06/08/2021 | 89125 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 06/10/2021 | 89238 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 06/10/2021 | 89238 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |

**STATEMENT**
Date: 09/06/2021

**Capitol Spine & Rehabilitation, Inc.**
5333 Florida Boulevard
Baton Rouge, LA 70806

(225) 926-1900

Carrier: Decuir Clark & Adams Llp
732 North Boulevard
Baton Rouge, LA 70802

**Willie F Delancey**
1756 Blount Road
Baton Rouge, LA 70807

ID Number:
Policy No:
Claim No:
Provider: Gerald Bell, BSc., BA, DC
Tax ID: 33-1193876

Patient: DELANCEY, WILLIE F     Case Type: PI     Account No: 12793-1

| DATE | INVOICE | TR | DESCRIPTION | CPT | UNITS | CHARGE |
|---|---|---|---|---|---|---|
| 06/10/2021 | 89238 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 06/10/2021 | 89238 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 06/10/2021 | 89238 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 06/15/2021 | 89420 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 06/15/2021 | 89420 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 06/15/2021 | 89420 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 06/15/2021 | 89420 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 06/15/2021 | 89420 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 06/17/2021 | 89531 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 06/17/2021 | 89531 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 06/17/2021 | 89531 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 06/17/2021 | 89531 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 06/17/2021 | 89531 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 06/22/2021 | 89698 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 06/22/2021 | 89698 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 06/22/2021 | 89698 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 06/22/2021 | 89698 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 06/22/2021 | 89698 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 06/24/2021 | 89813 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 06/24/2021 | 89813 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 06/24/2021 | 89813 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 06/24/2021 | 89813 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 06/24/2021 | 89813 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 06/29/2021 | 90024 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 06/29/2021 | 90024 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 06/29/2021 | 90024 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 06/29/2021 | 90024 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 06/29/2021 | 90024 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 07/01/2021 | 90115 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 07/01/2021 | 90115 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 07/01/2021 | 90115 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 07/01/2021 | 90115 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 07/01/2021 | 90115 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 07/06/2021 | 90270 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 07/06/2021 | 90270 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 07/06/2021 | 90270 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 07/06/2021 | 90270 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |

**Capitol Spine & Rehabilitation, Inc.**
5333 Florida Boulevard
Baton Rouge, LA 70806

(225) 926-1900

**STATEMENT**
Date: 09/06/2021

Carrier: Decuir Clark & Adams Llp
732 North Boulevard
Baton Rouge, LA 70802

**Willie F Delancey**
1756 Blount Road
Baton Rouge , LA 70807

ID Number:
Policy No:
Claim No:
Provider: Gerald Bell, BSc., BA, DC
Tax ID: 33-1193876

Patient: DELANCEY, WILLIE F    Case Type: PI    Account No: 12793-1

| DATE | INVOICE | TR | DESCRIPTION | CPT | UNITS | CHARGE |
|---|---|---|---|---|---|---|
| 07/06/2021 | 90270 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 07/08/2021 | 90399 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 07/08/2021 | 90399 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 07/08/2021 | 90399 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 07/08/2021 | 90399 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 07/08/2021 | 90399 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 07/13/2021 | 90545 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 07/13/2021 | 90545 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 07/13/2021 | 90545 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 07/13/2021 | 90545 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 07/13/2021 | 90545 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 07/20/2021 | 90807 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 07/20/2021 | 90807 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 07/20/2021 | 90807 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 07/20/2021 | 90807 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 07/20/2021 | 90807 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 07/20/2021 | 90807 | 6 | OFFICE OUTPT EST 15 MIN | 99213-GA-25 | 1 | 100.00 |
| 07/27/2021 | 91081 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 07/27/2021 | 91081 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 07/27/2021 | 91081 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 07/27/2021 | 91081 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 07/27/2021 | 91081 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 08/03/2021 | 91346 | 1 | MASSAGE | 97124-GA-GP-25-HT | 1 | 55.00 |
| 08/03/2021 | 91346 | 2 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 08/03/2021 | 91346 | 3 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 08/03/2021 | 91346 | 4 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 08/03/2021 | 91346 | 5 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 08/19/2021 | 92048 | 1 | INTERSEGMENTAL TRACTION | 97012-GA-GP | 1 | 35.00 |
| 08/19/2021 | 92048 | 2 | HEAT/COLD | 97010-GA-GP | 1 | 35.00 |
| 08/19/2021 | 92048 | 3 | ELECTRICAL STIMULATION | 97014-GA-GP | 1 | 35.00 |
| 08/19/2021 | 92048 | 4 | THERAPUETIC EXERCISE | 97110-GA-GP-XU | 1 | 70.00 |
| 08/19/2021 | 92048 | 5 | MANIPULATION 3-4 REGIONS | 98941-AT | 1 | 65.00 |
| 08/23/2021 | 92615 | 1 | OFFICE OUTPT EST 15 MIN | 99213-GA-25 | 1 | 100.00 |

**STATEMENT TOTALS:**

INS:  6,880.00    PATIENT:  .00    TOTAL ALL TRANSACTIONS:  6,880.00

STATEMENT
Date: 09/06/2021

**Capitol Spine & Rehabilitation, Inc.**
5333 Florida Boulevard
Baton Rouge, LA 70806

(225) 926-1900

| | |
|---|---|
| Carrier: | Decuir Clark & Adams Llp |
| | 732 North Boulevard |
| | Baton Rouge, LA 70802 |

**Willie F Delancey**
1756 Blount Road
Baton Rouge, LA 70807

ID Number:
Policy No:
Claim No:
Provider: Gerald Bell, BSc., BA, DC
Tax ID: 33-1193876

---

**Please remit payment.**

Willie F Delancey
1756 Blount Road
Baton Rouge, LA 70807

Gerald Bell, BSc., BA., DC
5333 Florida Boulevard
Baton Rouge, LA 70806

Insurance Portion Due: 6,880.00
Amount Paid: _____
Account: 12793-1

Patient Statement
Statement Date:    09/06/2021