| | |
|---|---|
| WILLIE FAYE DELANCEY | DOCKET NO.: _____ SEC: _____ |
| | |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| PULL-A-PART OF BATON ROUGE, LLC | |
| AND ABC INSURANCE COMPANY | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Ms. WILLIE FAYE DELANCEY, a person of full age of majority domiciled in the Parish of East Baton Rouge, State of Louisiana (hereinafter referred to as Plaintiff) who respectfully represents the following:

1.

The Defendants in this suit are:

A. PULL-A-PART OF BATON ROUGE, LLC, entity licensed to do and doing business in the Parish of East Baton Rouge in the State of Louisiana, whose principal address is 8056 Greenwell Springs Road, Baton Rouge, Louisiana 70814 and can be served through its' Registered Agent, CT CORPORATION SYSTEM at 3867 Plaza Tower Drive, Baton Rouge, LA 70816; and

B. ABC INSURANCE COMPANY, an insurance company licensed to do and doing business in the State of Louisiana who at all pertinent times herein had a policy of liability insurance by virtue of premiums paid covering its' insured, PULL-A-PART OF BATON ROUGE, LLC.

2.

On or about February 10, 2021, Ms. Willie Faye Delancey was a customer at the PULL-A-PART OF BATON ROUGE, LLC, located at 8056 Greenwell Springs Road, Baton Rouge, Louisiana.

3.

At approximately 4:00 p.m., Ms. Delancey was walking into the Pull-A-Part yard when suddenly and without warning, a golf cart being driven by an unknown person was backing up at a high rate of speed.

4.

The golf cart backed into Ms. Delancey violently, striking her and causing her to lose her balance.

5.

The golf cart contained four (4) large vehicular tires loaded on the back of the cart.



6.

The sole cause of the accident was the negligent operation of the golf cart driver and Pull-A-Part for failing to ensure that operators of the golf cart acted and operated carts with due care and diligence.

7.

At the time of the accident, Pull-A-Part is believed to be insured by a liability policy of insurance issued by ABC Insurance Company, who is licensed to do and doing business in the State of Louisiana.

8.

ABC Insurance Company provided liability coverage for Pull-A-Part, such coverage is of the type that covered the act complained of in this Petition.

9.

The defendant insurer is jointly severable and liable *en solido* with the actions of the co-defendant Pull-A-Part.

10.

As a result of the incident, Ms. Delancey complained of and suffered from low-back pain, mid-back pain, upper-back pain, neck pain, headaches, difficulty sleeping and muscle spasms.

11.

The defendants committed the following acts of negligence of the defendants, including but not limited to:

    A. Failing to ensure that operators of the golf cart were familiar with driving the cart;

    B. Failing to have reverse or back-up sounds on the golf car;

    C. Failing to properly train golf cart drivers;

    D. Failing to have proper signage that alerted golf cart drivers that customers would be walking in the same area as the golf cart would be operated; and

    E. Other acts of negligence that will be more shown at trial of this matter.

**WHEREFORE**, Petitioner, WILLIE FAYE DELANCEY, prays that:

    1. A copy of this Petition and Citation be served upon all defendants;

    2. After due proceedings, there be Judgment in favor of WILLIE FAYE DELANCEY against the defendants *en solido* for all reasonable amounts sufficient to compensate

her for her injuries and losses including all costs, interest from the date of judicial

demand and attorney's fees.

Respectfully submitted,

DeCUIR, CLARK & ADAMS, L.L.P.

BY:

MICHAEL R. D. ADAMS, Bar No. 18756
BRANDON J. DeCUIR, Bar No. 28014
732 North Boulevard
Baton Rouge, LA 70802
Telephone:    (225) 346-8716
Facsimile:    (225) 336-1950
*Attorney(s) for Plaintiff, Willie Faye Delancey*

PLEASE SERVE:
PULL-A-PART OF BATON ROUGE, LLC
*through its' Registered Agent:*
C T CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

PLEASE WITHHOLD SERVICE TO ABC INSURANCE COMPANY AT THIS TIME

Deputy Clerk of Court
E-File Received Feb 08, 2022 12:33 PM

| | |
|---|---|
| WILLIE FAYE DELANCEY | DOCKET NO.: _____ SEC: _____ |
| | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| | PARISH OF EAST BATON ROUGE |
| PULL-A-PART OF BATON ROUGE, LLC | |
| AND ABC INSURANCE COMPANY | STATE OF LOUISIANA |

## AFFIDAVIT OF VERIFICATION

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

   BEFORE ME, the undersigned Notary Public, personally came and appeared:

   **WILLIE FAYE DELANCEY**

who, after being duly sworn stated under oath that she is the Petitioner/Plaintiff in the foregoing Petition For Damages; that she has read the Petition For damages and that all of the allegations contained therein are true and correct, to the best of her knowledge, information and belief.

_____
WILLIE FAYE DELANCEY

   SWORN TO AND SUBSCRIBED before me, Notary Public, on this the 7th day of February, 2022.

_____
MICHAEL R. D. ADAMS
Louisiana Notary No. 8498
732 North Boulevard
Baton Rouge, Louisiana 70802
My Commission expires upon death